UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

Docket: 11-14552
Chapter 7

In Re: Lorraine M. Long,
Debtor

**DEBTOR'S MOTION TO AMEND SCHEDULE F (Added Creditor)**

NOW COMES, the Debtor, Lorraine M. Long before this Honorable Court. On May 12, 2011, a Chapter 7 petition was filed, consistent with her financial difficulties.

The Debtor Lorraine M. Long motions that the following creditor be added to her Schedule F of Unsecured Creditors: ( See attached amended Schedule F )

| | | |
|---|---|---|
| Commonwealth of Massachusetts<br>Po Box 414745<br>Boston, MA 02241-4745<br>Act# 3027038 M | Health Ins | $346.00 |
| City of Brockton<br>45 School Street<br>Brockton, MA 02301-4059<br>Act# 2-5310 | Water Bill | $814.21 |
| Stephen Koelbel, MD<br>Po Box 2190<br>W. Peabody, MA 01960-7190<br>Act#32891 | Medical | $20.00 |
| Vivint<br>4931 North 300 West<br>Provo, UT 84604<br>Act# 1296717 | Security sys | $719.84 |
| Mass Dept of Revenue<br>PO Box 7065<br>Boston, MA 02204-7065<br>Act# 2851 | Tax Liability | $338.56 |

AS REASON, regrettably the creditors were not included and not listed in the debtors' original list of creditors as originally filed due to an oversight.

**WHEREFORE**, the Debtor prays that the enclosed creditors be added to her Chapter 7 Bankruptcy petition and such other relief as deemed appropriate by this Honorable Court.

DATE: 6/24/11

_____
AnDre' D. Summers, Esquire
SUMMERS LAW OFFICE
PO Box 306,
9 East Central Street, Suite 6
Franklin, MA  02038
508-528-8444,
BBO # 551618

## CERTIFICATE OF SERVICE

I, AnDre' D. Summers, Esquire do hereby certify under the pains and penalties of perjury that I did serve a true copy of the within:

**DEBTOR'S MOTION TO AMEND SCHEDULE F (Added Creditor)**

via first class mail, postage pre-paid or electronic filing to the following interested parties:

Clerk of the Court
U.S. Bankruptcy Court
John W. McCormack Post Office Bldg and Court House
5 Post Office Square
Boston, MA 02109

*Trustee*
**Debora Casey**
97 Whiting Street
Hingham, MA 02043

Commonwealth of Massachusetts
Po Box 414745
Boston, MA 02241-4745

City of Brockton
45 School Street
Brockton, MA 02301-4059

Stephen Koelbel, MD
Po Box 2190
W. Peabody, MA 01960-7190

Vivint
4931 North 300 West
Provo, UT 84604

Mass Dept of Revenue
PO Box 7065
Boston, MA 02204-7065

**Lorraine M Long**
15 Ridge Hill Ave.
Brockton, MA 02301


DATE: 6/24/11

                                                _____
AnDre' D. Summers, Esquire
SUMMERS LAW OFFICE
PO Box 306
9 East Central Street, Suite 6
Franklin, MA  02038
508-528-8444
BBO # 551618