UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

Docket: 11-14552
Chapter 7

In Re: Lorraine M. Long,
     Debtor

### DEBTOR'S MOTION TO AMEND SCHEDULE F (Added Creditor)

NOW COMES, the Debtor, Lorraine M. Long before this Honorable Court.  On May 12, 2011, a Chapter 7 petition was filed, consistent with her financial difficulties.

The Debtor Lorraine M. Long motions that the following creditor be added to her Schedule F of Unsecured Creditors: ( See attached amended Schedule F )

Commonwealth of Massachusetts
Po Box 414745          Health Ins    $346.00
Boston, MA 02241-4745
Act# 3027038 M

City of Brockton
45 School Street          Water Bill    $814.21
Brockton, MA 02301-4059
Act# 2-5310

Stephen Koelbel, MD
Po Box 2190          Medical    $20.00
W. Peabody, MA 01960-7190
Act#32891

Vivint
4931 North 300 West      Security sys    $719.84
Provo, UT 84604
Act# 1296717

Mass Dept of Revenue
PO Box 7065         Tax Liability    $338.56
Boston, MA 02204-7065
Act# 2851



06/27/2011 Granted.