UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Re:  Lorraine M. Long   )   Chapter 7
     Debtor             )   Case No. 11-14552 WCH

### TRUSTEE'S NOTICE OF INTENTION TO ABANDON ESTATE PROPERTY
### (15 Ridge Hill Avenue, Brockton, MA 02301-5046)

Notice is hereby given that pursuant to 11 U.S.C. § 554(a) and MLBR 6007-1, Debora Casey, Chapter 7 trustee-in-bankruptcy of the above-captioned estate (the "Trustee"), intends to abandon the estate's interest in certain real property known as and numbered **15 Ridge Hill Avenue, Brockton, MA 02301-5046** (the "Property"). The Trustee intends to abandon such property because the Property lacks non-exempt equity from which the estate would benefit, and is therefore burdensome and of inconsequential value to the estate. The Property shall be abandoned unless, within 15 days from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the Clerk, US Bankruptcy Court, McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109 and serves a copy of such request on the undersigned.

Debora A. Casey, Chapter 7 Trustee

/s/ Debora A. Casey

Debora A. Casey
97 Whiting Street
Hingham, MA  02043
(781) 749-8068
Email:  CaseyDTrustee@aol.com

Dated: July 5, 2011

## CERTIFICATE OF SERVICE

I, Debora A. Casey, do hereby certify under the pains and penalties of perjury that on this 5th day of July 2011, I did serve a true copy of the within:

**TRUSTEE'S NOTICE OF INTENTION TO ABANDON ESTATE PROPERTY
(15 Ridge Hill Avenue, Brockton, MA 02301-5046)**

via electronic filing and or first class mail to the following interested parties and attached list:

United States Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

U.S. Trustees Office
United States Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1000
Boston, MA 02109-3945

See attached Matrix

July 5, 2011

Debora A. Casey, Chapter 7 Trustee

/s/ Debora A. Casey
_____
Debora A. Casey
97 Whiting Street
Hingham, MA 02043
(781) 749-8068
Email: CaseyDTrustee@aol.com

| | | |
|---|---|---|
| Verizon<br>P.O. Box 1100<br>Albany, NY 12250 | Andrew Summers<br>Summers Law Office<br>P.O. Box 306<br>Franklin, MA 02038 | Capital One Bank (USA) NA<br>c/o Gary H. Kreppel, PC<br>33 Boston Post Rd West, Ste. 59<br>Marlboro, MA 01752 |
| Chase Bank USA, NA<br>c/o Nationwide Credit Inc.<br>P.O. Box 26314<br>Lehigh Valley, PA 18002 | Chase Bank USA, NA<br>c/o Central Credit Services, In<br>P.O. Box 15118<br>Jacksonville, FL 32239 | Chase Bank, USA, NA<br>c/o MRS Assoc.<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003 |
| Chase Home Finance<br>P.O. Box 9001871<br>Louisville, KY 40290-1871 | City of Brockton<br>45 School Street<br>Brockton, MA 02301-4059 | City of Brockton<br>Office of the Collector of Taxe<br>45 School Street<br>Brockton, MA 02301-5046 |
| Columbia Gas of MA<br>P.O. Box 742514<br>Cincinnati, OH 45274-2514 | Commonwealth of Massachusetts<br>Division of Employment and Trai<br>Attn: Chief Counsel<br>Hurley Building - Government Ce<br>Boston, MA  02114 | Commonwealth of Massachusetts<br>Po Box 414745<br>Boston, MA 02241-4745 |
| Deborah Casey, Trustee Ch. 7<br>97 Whiting Street<br>Hingham, MA 02043 | Department of Revenue<br>PO Box 9564<br>Boston, MA 02114 | Discover Personal Loans<br>c/o Focus Receivables Mgmt. LLC<br>P.O. Box 725069<br>Atlanta, GA 31139-2069 |
| Internal Revenue Service<br>Special Procedures Func. STOP 2<br>P.O. Box 9112<br>JFK Building<br>Boston, MA  02203 | Kohls  Payment Center<br>PO box 2983<br>Milwaukee, WI 53201-2983 | Lorraine M. Long<br>15 Ridge Hill Avenue<br>Brockton, MA 02301 |
| Mass Dept of Revenue<br>PO Box 7065<br>Boston, MA 02204-7065 | National Grid<br>Processing Center<br>Woburn, MA 01807 | Northeast Realtor<br>c/o Mark Parker<br>173 AMES ST<br>Brockton, MA 02302 |
| Stephen Koelbel, MD<br>PO Box 2190<br>W Peabody,  MA 01960-7190 | United States Bankruptcy Court<br>J.W. McCormack Post Office & Co<br>5 Post Office Square, Suite 115<br>Boston, MA 02109 | Vivant<br>4931 North 300 West<br>Provo, Ut 84604 |